In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00299-CV**

_____

**IN RE COMMITMENT OF JERRY ALLEN REDFEARN**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 08-11-10818-CV**

**MEMORANDUM OPINION**

Appellant, Jerry Allen Redfearn, failed to timely file his appellate brief. *See* Tex. R. App. P. 38.6(a)(1). On December 15, 2017, we notified the parties that the brief was past due, and we warned the appellant that his failure to file a brief could result in a dismissal of the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1). On January 5, 2018, we notified the parties that the appeal would be submitted to the Court on January 26, 2018, without briefs and without oral argument. *See* Tex. R. App. P. 39.8. The appellant has not filed a brief, a motion for leave to file a late brief, or a motion for extension of time. *See* Tex. R. App. P. 38.1;

1

38.6(d). Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); 42.3(b); 43.2(f).

    APPEAL DISMISSED.


_____

CHARLES KREGER
Justice

Submitted on January 26, 2018
Opinion Delivered February 8, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.